# VINCENT J. ROMANO
### ATTORNEY AT LAW
**9201 4TH AVENUE, SUITE 704**
**BROOKLYN, NEW YORK 11209**

-----------

**(718) 852-5200**

January 11, 2012

Honorable Frederic Block
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: United States v. Ian McDaniel
        <u>Criminal Docket No. 11-CR-457(FB)</u>

Dear Judge Block:

    Please be advised that Ian McDaniel is respectfully requesting a modification of his bail conditions in order to attend a family event in Skaneateles, New York.

    Mr. McDaniel is requesting to attend an orchestra concert at the Junior High School County Festival with his family. He will be leaving on Friday January 27, 2012 at 5:00 p.m. and returning Sunday January 29, 2012 at 6:00 p.m. The event will take place at the Skaneateles High School, 49 East Elizabeth Street, Skaneateles, New York 13152.

    Mr. McDaniel will be staying at the home of Anne Marie McDaniel, 813 Hencoop Road, Skaneateles, New York 13152 between January 27, 2012 to January 29, 2012.

    Please note, that the government and pre-trial services both consent to the above travel request.

    Thank you very much.

                                        Respectfully submitted,

                                        Vincent J. Romano

VJR/mr
cc: AUSA Karin Orenstein
    PTS Lauren Fahmy